IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAKIELA CLARK, | : | CIVIL ACTION |
| | : | NO. 10-2683 |
| Plaintiff, | : | |
| v. | : | |
| EL JEFFRE BLACKFOOT-BEY, et al., | : | |
| Defendants. | : | |

FILED
NOV - 2 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**O R D E R**

**AND NOW**, this **1st** day of **November, 2012**, it is hereby **ORDERED** that Defendant OneWest Bank's Motion for Summary Judgment (ECF No. 75) is **GRANTED**.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.