```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

SHAKIELA CLARK,                    :   CIVIL ACTION
                                   :   NO. 10-2683
    Plaintiff,                    :
                                   :
  v.                               :
                                   :
EL JEFFRE BLACKFOOT-BEY, et al.,   :
                                   :
    Defendants.                   :

### O R D E R

**AND NOW**, this **2nd** day of **November, 2012,** it is hereby **ORDERED** that Plaintiff's Motion to Amend the Complaint (ECF No. 76) is **GRANTED**. Plaintiff must file the amended complaint within ten days.

**AND IT IS SO ORDERED.**

                                            **/s/ EDUARDO C. ROBRENO**
                                            **EDUARDO C. ROBRENO,    J.**